# United States Court of Appeals

### For the Eighth Circuit

_____

No. 18-2325

_____

Henry I. Okoye

*Plaintiff - Appellant*

v.

Commissioner of Social Security Administration

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: April 2, 2019
Filed: April 5, 2019
[Unpublished]

_____

Before ERICKSON, WOLLMAN, and KOBES, Circuit Judges.

_____

PER CURIAM.

In this Title VII action, Henry Okoye appeals the district court's[1] adverse grant of summary judgment on his claim of gender-based employment discrimination.

_____

[1]The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.

Upon careful de novo review, we conclude that the district court properly granted summary judgment.  See Torgerson v. City of Rochester, 643 F.3d 1031, 1042 (8th Cir. 2011) (en banc) (grant of summary judgment is reviewed de novo).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____